1

2

3

4

5

6

7

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10 DESHAWN A. RANKINS,

11         Plaintiff,              No. 2: 12-cv-2462 KJN P

12    vs.

13 CALIFORNIA DEPT. OF CORRECTIONS,
et al.,

14

15       Defendants.       <u>ORDER</u>

16 _____/

17         Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action

18 pursuant to 42 U.S.C. § 1983.  Plaintiff has filed an application to proceed in forma pauperis

19 pursuant to 28 U.S.C. § 1915.

20         The federal venue statute provides that a civil action "may be brought in (1) a

21 judicial district in which any defendant resides, if all defendants are residents of the State in

22 which the district is located, (2) a judicial district in which a substantial part of the events or

23 omissions giving rise to the claim occurred, or a substantial part of property that is the subject of

24 the action is situated, or (3) if there is no district in which an action may otherwise be brought as

25 provided in this action, any judicial district in which any defendant is subject to the court's

26 personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

1    In this case, the claim arose in Beckham County which is in the Western District

2  of Oklahoma.  Therefore, plaintiff's claim should have been filed in the United States District

3  Court for the Western District of Oklahoma.  In the interest of justice, a federal court may

4  transfer a complaint filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);

5  Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

7  United States District Court for the Western District of Oklahoma.

8  DATED:  October 16, 2012

9

10                                                     _____

11                                                     KENDALL J. NEWMAN
                                                        UNITED STATES MAGISTRATE JUDGE

12  ran2462.ta

13

14

15

16

17

18

19

20

21

22

23

24

25

26